UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LADAYTHIAN LEVINE** | **DOCKET NO. 6:24-CV-00800**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **UNKNOWN DEFENDANTS** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this suit be DISMISSED WITH PREJUDICE as frivolous.

**THUS DONE AND SIGNED** in chambers this 18th day of November, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE